WEST v. BARTH. (Circuit Court of Appeals, Sixth Circuit. November 28, 1898.) No. 662. In Error to the Circuit Court of United States for the

Western District of Michigan. George P. Wanty (Niram A. Fletcher, on the brief), for plaintiff in error. Willis B. Perkins (J. Byron Judkins, on the brief), for defendant in error. No opinion. Judgment affirmed.